This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

    Plaintiff-Appellee,

v.                                   **NO. 29,781**

**FRANCISCO M.,**

    Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Sandra A. Price, District Judge**

Gary K. King, Attorney General
Andrew S. Montgomery, Assistant Attorney General
Santa Fe, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
J.K. Theodosia Johnson, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Child appeals the adjudication of delinquency. We issued two calendar notices in this case. In our second calendar notice, we proposed to reverse and remand for retrial. We proposed to reverse the adjudication of delinquency based on our Supreme Court's decision in *State v. Nick R.*, 2009-NMSC-050, 147 N.M. 182, 218 P.3d 868. We also proposed to hold that reasonable minds could infer that Child had the intent necessary to support a conviction for carrying a deadly weapon on school grounds, and therefore retrial was not barred. The State responded to our second calendar notice, agreeing that the adjudication of delinquency should be reversed and agreeing that retrial is not barred. Child filed no response to our second calendar notice. We therefore reverse for the reasons discussed in our second calendar notice, and we remand to the district court for retrial.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

2

_____

**MICHAEL E. VIGIL, Judge**